UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BERVEN, an individual; JAMES BERVEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LG CHEM, LTD., a Korean corporation doing business in California; and DOES 1–100, inclusive,<br><br>Defendant. | No. 1:18-cv-01542-DAD-EPG<br><br><br><br>ORDER REFERRING MOTIONS TO MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), defendant's motion to dismiss for lack of jurisdiction (Doc. No. 7) and plaintiffs' motion for leave to file a first amended complaint (Doc. No. 17) are hereby referred to United States Magistrate Judge Erica P. Grosjean for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). Accordingly, the hearing on the motions set for February 5, 2019 at 9:30 a.m. in Courtroom 5 before the undersigned is hereby vacated and reset for February 8, 2019 at 1:30 p.m. in Courtroom 10 before Magistrate Judge Grosjean.

IT IS SO ORDERED.

Dated: **January 23, 2019**

UNITED STATES DISTRICT JUDGE

1