UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BERVEN, et al., | CASE NO. 1:18-cv-01542-DAD-EPG |
| Plaintiffs, | **ORDER CONTINUING INITIAL SCHEDULING CONFERENCE** |
| vs. | |
| LG CHEM, LTD., | (ECF No. 44) |
| Defendant. | |

The parties have filed a stipulation to continue the scheduling conference and associated deadlines. (ECF No. 44.) In light of the pendency of Defendant's motion to dismiss, the Court finds good cause for continuing the scheduling conference. Accordingly,

IT IS ORDERED that the Initial Scheduling Conference, currently set for July 19, 2019, is continued to **September 4, 2019, at 10:00 a.m.**, in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated: __July 19, 2019__

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28