UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BERVEN, an individual, <br> JAMES BERVEN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> LG CHEM, LTD., a Korean corporation doing business in California; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 1:18-cv-01542-DAD-EPG <br><br> **ORDER GRANTING STIPULATED EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT** <br><br> (ECF No. 50) |

Pursuant to the stipulation of the parties (ECF No. 50), and finding good cause exists, IT IS ORDERED that Defendant LG CHEM LTD. shall file its response to the First Amended Complaint on or before October 25, 2019.

IT IS SO ORDERED.

Dated: __October 9, 2019__      /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE