UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

RACHEL BERVEN, an individual,
JAMES BERVEN, an individual,

        Plaintiffs,

    vs.

LG CHEM, LTD., a Korean corporation doing
business in California; and DOES 1 Through
100, inclusive,

        Defendants.

CASE NO.: 1:18-CV-01542-DAD-EPG

**ORDER GRANTED STIPULATED
EXTENSION OF TIME TO RESPOND TO
FIRST AMENDED COMPLAINT AND
CONTINUANCE OF SCHEDULING
CONFERENCE**

Pursuant to the stipulation of the parties (ECF No. 53), in which the parties indicate that they have reached a settlement in principle to resolve this matter and need additional time to finalize the documentation for resolution of this matter, the Court finds good cause for and will therefore grant the requested continuance of the scheduling conference and the requested fourteen day extension of time for defendant, LG Chem, Ltd., to file its response to Plaintiff's First Amended Complaint (ECF No. 49).

IT IS ORDERED:

1.     Defendant, LG Chem, Ltd., shall file its response to Plaintiff's First Amended Complaint (ECF No. 49) on or before **November 8, 2019**;

2.     The Scheduling Conference, currently set for October 30, 2019, is continued to **December 10, 2019, at 9:30 a.m.**, in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number

and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated:   **October 24, 2019**         /s/ _Erica P. Grosjean_

                                      UNITED STATES MAGISTRATE JUDGE